**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Carol Ozuna Mendoza,
Petitioner,
v.
Todd Blanche, et al.,
Respondents.

No. CV-26-04899-PHX-SPL

**ORDER**

Petitioner, through counsel, has filed a Motion to Amend her petition under 28 U.S.C. § 2241. (Doc. 8). Counsel seeks a 60-day extension to file an amended petition. The Court will grant the Motion, but finds a 60-day extension to be excessive, and will therefore order that any amended petition be filed within 30 days of the date of this Order.

**IT IS ORDERED:**

(1) Petitioner's Motion to Amend (Doc. 8) is **granted as modified.**

(2) Within **30 days** of the date of this Order, Petitioner shall file an amended petition for habeas corpus pursuant to 28 U.S.C. § 2241.

(3) If no amended petition is filed within 30 days, the Court will adjudicate this matter on the present record.

(4) Respondents shall file a response to the amended petition with 14 days of the date it is served.

///

///

(5) Petitioner may file a reply in support of the amended petition within 7 days of the date Respondents' response is served.

Dated this 8th day of September, 2026.

Honorable Steven P. Logan
United States District Judge